**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 27, 2012**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-11-00992-CV

---

**JAMES RAMEY, SEAN RAMEY AND ALL OCCUPANTS, Appellants**

**V.**

**BANK OF NEW YORK, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 860916**

---

### M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order denying a motion to stay writ of possession. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if permitted by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

The record in this appeal contains no final judgment. An order denying a motion to stay writ of possession is not a final judgment, and is not one of those appealable interlocutory orders listed in section 51.014. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014.[1]

On February 28, 2012, appellee filed a motion to dismiss the appeal. Appellants did not file a response.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Seymore, Brown, and Boyce.

---

1 Certain additional appealable interlocutory orders are set forth in the Texas Family Code and Texas Probate Code, but they are not applicable to the instant order.